*Louis T. Hengstler* and *Frederick W. Dorr* for American-Hawaiian Steamship Co. *Mr. Hugh Montgomery* for respondent. Reported below: 41 F. (2d) 718.

No. 406. MORAN TOWING & TRANSPORTATION Co. *v.* J. W. HIGMAN Co. ET AL. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Chauncey I. Clark* for petitioner. *Messrs. Horace L. Cheyney, John A. McManus,* and *G. Noyes Slayton* for respondents.

No. 407. MALINOW ET AL. *v.* UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. Palmer Ingram* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch* and *Paul D. Miller* for the United States.

No. 408. STEVENS HOTEL Co. *v.* CHICAGO YACHT CLUB ET AL. October 20, 1930. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. George P. Merrick* and *Tappan Gregory* for petitioner. *Mr. Edwin W. Sims* for respondents.

No. 409. TEXAS & NEW ORLEANS R. Co. *v.* JOHN BONURA & Co., INC. October 20, 1930. Petition for writ of certiorari to the Court of Appeals of Louisiana denied. *Messrs. Harry McCall, Victor Leovy, Henry H. Chaffe,* and *Jas. Hy. Bruns* for petitioner. *Mr. Burt W. Henry* for respondent.